# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

The Glidden Company
        Plaintiff(s)

    v.

Lanco Manufacturing, et al
        Defendant(s)

Civil No.  97-2577 (PG)

RECEIVED & FILED
99 OCT -6 AM 8: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Motion for leave to file reply to opposition to motion requesting a prel. injunction and for summary judgment (dkt. #53) | X  is GRANTED. |
| Motion for leave to file sur-reply (dkt. #54) | X  is GRANTED. |

Date: *October 5, 1999*

*Juan M. Perez-Gimenez*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

