# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

THE GLIDDEN COMPANY, ET AL.,

    Plaintiff(s)

v.   Civ. No. 97-2577PG)

LANCO MANUFACTURING CORP., ET AL.,

    Defendant(s)

| MOTION | ORDER |
| --- | --- |
| Docket #67 - Motion Requesting Leave to Withdraw Legal Representation | *Granted* |

**Date:** October 5, 1999.

*Juan M. Perez-Gimenez*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

