UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

THE GLIDDEN COMPANY, ET AL.,   *
                                *
    Plaintiffs                  *
                                *
v.                              *         Civ. No. 97-2577 (PG)
                                *
LANCO MANUFACTURING CORP., ET AL, *
                                *
    Defendants                  *
                                *
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Several motions are pending before this Court in the case. However, before the Court can decide upon these pending motions in this case, the Court must be able to compare the currently-used "Harris Regency" with the original trademark "Harris & Devoe Regency House." The Court therefore requires copies of the trademark "Harris & Devoe Regency House" and any variations thereof,[1] and the parties are tordered to produce any copies of the trademark "Harris & Devoe Regency House" or variations thereof, as was used in commerce by either side. The parties should include material such as advertising, pictures or copies of paint cans bearing the trademark, and any other specimen that is pertinent to this order. When possible, the dates of use, sale, advertising, etc., should be included.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May _18_, 2000.

　　　　　　　　　　　　　　　　　　　　　JUAN M. PEREZ-GIMENEZ
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

---

[1]Variations may include, but are not limited to, "Harris Regency House," "Devoe Regency House," "Regency House," and "Harris & Devoe Regency."

