# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

THE GLIDDEN COMPANY, ET AL.,
    Plaintiffs,

    v.

LANCO MANUFACTURING CORP., ET., AL.,
    Defendants.

Civ. No. 97-2577PG)

| MOTION | ORDER |
| --- | --- |
| Docket #98 - Joint Motion Submitting Settlement Agreement And Requesting That Settlement Be Approved. | APPROVED. |

Date: _October 24_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge