UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE GLIDDEN COMPANY; SUCCESSOR OF GROW GROUP, INC.<br>    Plaintiff,<br><br>v.<br><br>LANCO MANUFACTURING CORP.;<br>ENRIQUE BLANCO; SERGIO BLANCO;<br>GUILLERMO BLANCO; FLORENTINO<br>BLANCO; d/b/a HARRIS PAINT AND<br>THE BLANCO GROUP,<br>    Defendants. | CIVIL NO. 97-2577(PG) |

### JUDGMENT

The Court having approved joint motion submitting settlement agreement (Docket No. 98), filed on October 17, 2000, by and between Plaintiff, The Glidden Company, and Defendants Lanco Manufacturing Corp., Enrique Blanco, Sergio Blanco, Guillermo Blanco, Florentino Blanco d/b/a Harris Paint and The Blanco Group, it is hereby

**ORDERED and ADJUDGED** that judgment is hereby entered pursuant to its terms and conditions. Failure to abide by the terms of the Settlement Agreement and, consequently, this Judgment shall result in the breaching party being held in contempt. This Court retains jurisdiction of this matter for purposes of construction, implementation and enforcement of the Settlement Agreement and this Judgment.

**IT IS SO ORDERED, ADJUDGED and DECREED.**

San Juan, Puerto Rico   October 23, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)